IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICKY LEE HOLLY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THOMAS CHRISTENSEN, HARLEY )<br>LAPPIN, WILLIE SCOTT, & GEORGE )<br>SNYDER, )<br>)<br>Defendants. ) | **Case No. 07cv729 (RJL)** |

### DEFENDANT GEORGE SNYDER'S CONSENT MOTION
### FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD
### IN RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant George Snyder, by and through counsel, moves the Court for an extension of time in which to answer or otherwise plead in response to Plaintiff's Complaint. Snyder states the following grounds in support of this motion:

1. Snyder received a copy of the Summons and Complaint on May 29, 2007;

2. Additional time is necessary to investigate the facts of this case and determine the law applicable thereto;

3. Snyder has not requested or been granted any previous motions for extension of time;

4. The granting of this motion for extension of time should not effect any previously scheduled deadlines;

5. Counsel for Snyder has conferred with counsel for Plaintiff and counsel for Plaintiff consents to this motion.

Wherefore, Snyder respectfully request the Court:

1. Grant Snyder a 21 day extension of time to answer or otherwise plead in response to Plaintiff's Complaint to and through July 19, 2007.

This the 28th day of June, 2007.

_____
Paul A. Kaplan (D.C. Bar No. 243394)
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street, NW, Seventh Floor
Washington, D.C. 20005
Telephone No.: (202) 467-6900

**Attorney for Defendant Snyder**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy to the following:

Paul E. Poirot, Esq.
McDermott Will & Emery, LLP
600 13th Street, NW
Washington, DC 20005

**Attorney for Plaintiff**

_____
Paul A. Kaplan (D.C. Bar No. 243394)
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street, NW, Seventh Floor
Washington, D.C. 20005
Telephone No.: (202) 467-6900
**Attorney for Defendant Snyder**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICKY LEE HOLLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. 07cv729 (RJL)** |
| ) | |
| THOMAS CHRISTENSEN, HARLEY ) | |
| LAPPIN, WILLIE SCOTT, & ) | |
| GEORGE SNYDER, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the foregoing Motion for Extension of Time to Answer or Otherwise Plead in Response to Plaintiff's Complaint, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that Defendant Snyder shall have until July 19, 2007 to answer or otherwise plead in response to Plaintiff's Complaint.

 

The Honorable Richard J. Leon
United States District Judge