UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICKY LEE HOLLY**<br>8359 NORTHWEST HIGHWAY 225<br>OCALA, FL. 34482<br><br>**Plaintiff,**<br><br>v.<br><br>**THOMAS CHRISTENSEN,**<br>**HARLEY LAPPIN**<br>320 First Street, N.W.<br>Washington, D.C. 20534<br><br>**WILLIE SCOTT, GEORGE SNYDER**<br>**RIVERS CORRECTIONAL INSTITUTION**<br>145 Parker's Fishery Road<br>Winton, North Carolina 27986<br><br>**Defendants.** | Civil Action No. 07-0729 (RJL) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Karen Melnik, Assistant U.S. Attorney, as counsel of record for the federal defendants in the above-captioned case.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

　/s/
Karen Melnik, D.C. Bar #436452
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338