IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| RICKY LEE HOLLY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **Case No. 07cv729 (RLJ)** |
| THOMAS CHRISTENSEN, et al., | ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF RICKY LEE HOLLY'S RESPONSE TO
DEFENDANT GEORGE SNYDER'S MOTION TO
DISMISS, OR, ALTERNATIVELY, TO TRANSFER VENUE**

Plaintiff Ricky Lee Holly ("Holly"), by and through counsel, consents to Defendant George Snyder's Motion to the extent it requests transfer of this action to the United States District Court for the Eastern District of North Carolina pursuant to U.S.C. § 1404.[1] Holly does not consent to the dismissal of this action. Should the Court be inclined to dismiss this action, Holly respectfully requests leave to be heard on the issue of dismissal prior to such order.

Dated this 9th day of August, 2007

/s/ Paul E. Poirot
Paul E. Poirot (D.C. Bar No. 459844)
McDermott Will & Emery, LLP
600 13th Street, N.W.
Washington, D.C.  20005
Tel:  (202) 756-8370
Fax:  (202) 756-8087

Attorney for Plaintiff Ricky Lee Holly

---

[1] Counsel for Snyder indicated that it would consent to such transfer.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy to the following:

>Paul A. Kaplan (D.C. Bar No. 243394)
>Attorney for Defendant George Snyder
>Womble Carlyle Sandbridge & Rice, PLLC
>1401 Eye Street, N.W., Seventh Floor
>Washington, D.C.  20005
>Tel:  (202) 467-6900

>/s/ Paul E. Poirot
>Paul E. Poirot (D.C. Bar No. 459844)
>Attorney for Plaintiff Ricky Lee Holly

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICKY LEE HOLLY, )<br>)<br>Plaintiff, )<br>) **Case No. 07cv729 (RLJ)**<br>v. )<br>)<br>THOMAS CHRISTENSEN, et al., )<br>)<br>Defendants. )<br>) | |

**ORDER**

UPON CONSIDERATION of the Motion to Dismiss, Or Alternatively to Transfer Venue filed by Defendant George Snyder, any opposition thereto, and the entire record herein, and the Court having concluded that good cause has been shown; it is hereby

ORDERED that the this case be TRANSFERRED to the United States District Court for the Eastern District of North Carolina.

_____
The Honorable Richard J. Leon
United States District Judge

Dated: _____