UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICKY LEE HOLLY** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**THOMAS CHRISTENSEN, et al.** )<br>)<br>Defendants. )<br>) | Civil Action No. 07-0729 (RJL) |

**FEDERAL DEFENDANTS' RESPONSE TO DEFENDANT SNYDER'S
MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**

The Federal Defendants, Thomas Christensen and Harley Lappin, consent to Defendant George Snyder's Motion to transfer this action to the United States District Court for the Eastern District of North Carolina. Plaintiff has also represented that he consents to the transfer of this action. Should the Court transfer this matter to the Eastern District of North Carolina, the Federal Defendants respectfully request that the Assistant United States Attorney for the Eastern District of North Carolina to be assigned to this case, be permitted sixty (60) days to file a response from the date of receipt of Plaintiff's Complaint

Respectfully submitted,

   s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                               s/  
                                     KAREN L. MELNIK, D.C. BAR # 436452  
                                     Assistant United States Attorney  
                                     United States Attorney's Office  
                                     Civil Division  
                                     555 4th Street, N.W.  
                                     Washington, D.C. 20530  
                                     (202) 307-0338

.