UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| RICKY LEE HOLLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-0729 (RJL) |
| ) | |
| WILLIE SCOTT, *et al.* ) | |
| ) | |
| Defendants. ) | |

### ORDER

(August 28th, 2007) [#4, #7, #8]

Upon Consideration of the Motion to Dismiss, or Alternatively, to Transfer, filed by defendant George Snyder, plaintiff Ricky Lee Holly's indication that he does not oppose the motion to transfer, and the Court having concluded that convenience and justice favor transfer to North Carolina where Snyder resides, the operative facts surrounding Holly's claims took place, and records and most witnesses are located[1], defendant Snyder's motion to transfer pursuant to § 1404(a) is granted. Accordingly, it is hereby

**ORDERED** that defendant's motion to dismiss, or alternatively, to transfer is DENIED in part and GRANTED in part. The motion to dismiss is denied, and the motion to transfer venue to the Eastern District of North Carolina is granted, and it is further,

---

[1] The location of the other defendant, Willie Scott, is unknown. (Snyder Mot. at 8 n.2.)



**ORDERED** that the Clerk of the Court shall transfer this case to the United States District Court for the Eastern District of North Carolina,

It is so **ORDERED**.

_____
**RICHARD J. LEON**
United States District Judge